AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Callaway, Joseph N. | United States. Bankruptcy Court, Eastern District of NC | 07/26/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date  ☑ Initial ☐ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2015 to 07/05/2016 |

**7. Chambers or Office Address**

150 Reade Circle
Greenville, NC 27858

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Troop Committee (local) | Boy Scouts of America (resigned 12-31-2014) |
| 2. | Managing member | JJJM, LLC |
| 3. | Managing member | JKP, LLC |
| 4. | Member, Vice President, Treasurer (resigned) | Battle Winslow Scott & Wiley PA |
| 5. | Member (resigned) | Blackacre of ROcky Mount, NC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/01/2016 | Battle Winslow Scott & Wiley PA -- Note for buy out from former law firm |
| 2. | 1/01/2016 | Blackacre of Rocky Mount, LLC -- Note for buy out of law firm office building |
| 3. | 1/01/2016 | Battle Winslow Scott & Wiley SEP Retirement Plan |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2014 | Battle Winslow Scott & Wiley PA -- Salary and bonuses | $254,661.00 |
| 2. 12/31/2015 | Battle Winslow Scott & Wiley PA -- Salary and bonuses | $250,938.00 |
| 3. 7/6/2016 | Battle Winslow Scott & Wiley PA -- monthly buyout (7 payments received) | $3,104.36 |
| 4. 7/6/2016 | Blackacre of Rocky Mount, LLC -- monthly buyout (7 payments received) | $1,816.43 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2014 | Mack Gay & Associates, PA -- wages and salary |
| 2. 12/31/2015 | Mack Gay & Associates, PA -- wages and salary |
| 3. 7/6/2016 | None |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNC-CH School of Law | 4/1/2016 | Charlotte, NC | CLE Speaker at UNC Bank Law Seminar | one night hotel room, seminar banquest dinnner, parking, mileage |
| 2. | Eastern Bankrutpcy Institute | 5/6/2016 | Myrtle Beach, S.C. | CLE Speaker at annual bankruptcy law seminar | two nights hotel room |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 07/26/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Eastern Bankruptcy Institute | Local bar group contribution 1/3rd udicial Investiture Reception cost March 2016 | $2,900.00 |
| 2. | Battle Winslow Scott & Wiley PA | Former law firm contribution 1/3rd udicial Investiture Reception cost March 2016 | $2,900.00 |
| 3. | American Board of Certification | National Bankruptcy Law Specialization Board (fees waived for judges) | $750.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 07/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Providence Bank Checking Account | C | Interest | N | T | | | | | |
| 2. E-Trade Dividend Account | A | Interest | J | T | | | | | |
| 3. Providence Bank Checking Account for JJJM (25%) | A | Interest | J | T | | | | | |
| 4. Providence Bank Checking Account for JKP (87.5%) | A | Interest | J | T | | | | | |
| 5. RealEstate rent for JKP | B | Rent | | | | | | | |
| 6. Stock -- RBC Bank (RY) | E | Dividend | O | T | | | | | |
| 7. Stock - General Electric | B | Dividend | K | T | | | | | |
| 8. Stock -- Pepsico (PEP) | B | Dividend | K | T | | | | | |
| 9. SEP retirement acct mutual funds | | | | | | | | | |
| 10. CHTTX | E | Dividend | M | T | | | | | |
| 11. JVMRX | E | Dividend | M | T | | | | | |
| 12. OIERX | E | Dividend | M | T | | | | | |
| 13. RERGX | E | Dividend | M | T | | | | | |
| 14. VEIRX | E | Dividend | N | T | | | | | |
| 15. VISGX | E | Dividend | N | T | | | | | |
| 16. VSMAX | E | Dividend | L | T | | | | | |
| 17. VTSMX | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA - Janus Growth & Income Fund (JAGIX) | D | Dividend | K | T | | | | | |
| 19. IRA- Royce Penn Mutual Fund (RYCPX) | B | Dividend | J | T | | | | | |
| 20. Local Govt Employees Credit Union HSA | A | Interest | J | T | | | | | |
| 21. 401k converted to IRA's (mutual funds) | C | Dividend | K | T | | | | | |
| 22. AGTHX | C | Dividend | K | T | | | | | |
| 23. ANCFX | C | Dividend | K | T | | | | | |
| 24. ANWPX | C | Dividend | K | T | | | | | |
| 25. CWGIX | C | Dividend | K | T | | | | | |
| 26. NEWFX | C | Dividend | K | T | | | | | |
| 27. State of North Carolina 401k Retirement Plan- Prudential mutual fnds | | | | | | | | | |
| 28. NC Large Cap Value | A | Dividend | K | T | | | | | |
| 29. NC Large Cap Index | A | Dividend | K | T | | | | | |
| 30. NC Large Cap Growth | A | Dividend | K | T | | | | | |
| 31. NC Small/Mid Cap Value | A | Dividend | K | T | | | | | |
| 32. NC Small/Mid Cap Index | A | Dividend | K | T | | | | | |
| 33. NC Small/Mid Cap Growth | A | Dividend | J | T | | | | | |
| 34. NC Global Equity Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 07/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NC International Fund | A | Dividend | J | T | | | | | |
| 36. NC Internationial Index Fund | A | Dividend | J | T | | | | | |
| 37. NC Stable Value Fund | A | Dividend | J | T | | | | | |
| 38. Stocks sold in 2014 | | | | | | | | | |
| 39. Glaxo Smith Kline (GLK) | A | Dividend | | | Sold | 01/09/14 | K | D | stock market |
| 40. Conoco Phillips (COP) | A | Dividend | | | Sold | 03/21/14 | K | D | stock market |
| 41. Phillips 66 (PSX) | A | Dividend | | | Sold | 01/27/14 | K | D | stock market |
| 42. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 07/26/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:   **s/ Joseph N. Callaway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544